UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANTHONY SMITH, | No. C 15-695 LB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PUBLIC DEFENDER'S OFFICE OF ALAMEDA COUNTY, | |
| Defendant. | |

Anthony Smith, an inmate currently at the Salinas Valley State Prison, filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint under 28 U.S.C. § 1915A, determined that Mr. Smith's complaint failed to state a claim upon which relief may be granted, and dismissed it with leave to file an amended complaint by March 30, 2015 curing the several deficiencies identified in the order of dismissal with leave to amend. ECF No. 7. Mr. Smith did not file an amended complaint, and the deadline by which to do so has passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 15, 2015

_____
LAUREL BEELER
United States Magistrate Judge

C 15-695 LB
ORDER